UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| SUAN KEE VALENTINO ) | |
| ) | CASE NO. R09-43871-MGD |
| ) | |
| DEBTOR(S) ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name:  DBI FUND HOLDINGS LLC
Check Number:  2232865
Check Date:  12/16/2011
Check Amount:  $360.43

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, January 4, 2012, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

PERROTTA, CAHN & PRIETO, PC
5 S.PUBLIC SQUARE
CARTERSVILLE, GA  30120

MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
100 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
(404) 525-1110